[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-13856

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

STEPHAN SESSOMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cr-00076-TCB-JSA-3

_____

Before WILLIAM PRYOR, Chief Judge, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Stephan Sessoms appeals *pro se* the denial of his motion for compassionate release. 18 U.S.C. § 3582(c)(1)(A). The district court ruled that Sessoms failed to identify extraordinary and compelling reasons for early release, *see* U.S.S.G. § 1B1.13, and, in the alternative, that the statutory sentencing factors weighed against reducing his sentence, 18 U.S.C. § 3553(a). We affirm.

Sessoms argues that his evidence proved his mother was unable to care for his minor child and provided an extraordinary and compelling reason to reduce his sentence, but we need not address that argument because we can affirm on the alternative ground stated by the district court. Before we will reverse a "judgment that is based on multiple, independent grounds, an appellant must convince us that every stated ground for the judgment against him is incorrect." *Sapuppo v. Allstate Floridian Ins. Co.*, 739 F.3d 678, 680 (11th Cir. 2014).

Sessoms acknowledges that the district court denied his "motion for two reasons" and does not dispute the finding by the district court that his service of "less than three years" of his "sentence of 180 months, [which was] far below his recommended guideline range of between 352 and 425 months," would not provide "protection [to] the public and [address the] seriousness of

20-13856                Opinion of the Court                3

[his] offense." *See* 18 U.S.C. § 3553(a). Because Sessoms has failed to challenge the alternative ruling that the statutory sentencing factors weigh against reducing his sentence, "it follows that the district court's judgment is due to be affirmed." *Sapuppo*, 739 F.3d at 680.

We **AFFIRM** the order denying Sessoms's motion for compassionate release.